UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANGELA VILLA, | ) | CASE NO. 20-15298 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| PATRICK S. LAYNG, | ) | |
| UNITED STATES TRUSTEE | ) | ADVERSARY NO. 22 A 00039 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | HON. TIMOTHY A. BARNES |
| vs. | ) | |
| | ) | |
| ANGELA VILLA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## AGREED JUDGMENT ORDER DENYING DISCHARGE

This adversary proceeding was initiated upon Plaintiff's Complaint seeking denial of Defendant/Debtor Angela Villa's bankruptcy discharge in Case No. 20-15298 pursuant to 11 U.S.C. §§ 727(a)(2), (a)(3), (a)(4), and (a)(6).

Defendant has agreed to waive her discharge and represents that:

(1) She reached her decision to consent to judgment in this adversary proceeding voluntarily, after consultation with her counsel;

(2) She has fully read the Complaint;

(3) Her consent to judgment represents a conscious and informed decision to forfeit any discharge to which she might be entitled in bankruptcy case 20-15298;

(4) She is aware of the consequences of entry of this judgment; and

(5) She specifically understands that all of her debts and obligations which existed as of August 7, 2020, whether or not such debts and obligations were listed on her bankruptcy schedules, shall not be dischargeable in Case No. 20-15298 and may not be dischargeable in any future bankruptcy case which she may file.

NOW THEREFORE, based upon the above, JUDGMENT is entered in favor of Plaintiff and the Defendant's bankruptcy discharge in Case No. 20-15298 is DENIED.

IT IS FURTHER ORDERED that Counts I, II, III, and IV of the Complaint are rendered moot by this judgment and all other pending matters in this adversary proceeding are hereby WITHDRAWN as moot.

ENTER:

DATED: _____     BY: _____
Honorable Timothy A. Barnes
United States Bankruptcy Judge

ORDER AGREED TO BY:

_____
Angela Villa, Debtor/Defendant

_____
Vaughn White
Counsel for Defendant

_____
Jeffrey L. Gansberg
Counsel for Plaintiff